**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | |
| GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI, | Adv. Pro. No. 24-50184 (KBO) |
| Defendants. | |

**SECOND STIPULATION FOR AN EXTENSION OF TIME FOR**
**DEFENDANTS TO RESPOND TO COMPLAINT**

Plaintiff FTX Recovery Trust and Defendants Gate Technology Incorporated ("Gate Technology"), Gate Global, Corp. ("Gate Global"), Gate Information Pte. Ltd. ("Gate Information," and together with Gate Technology and Gate Global, "Gate.io") and Sun Yunzhi (together with Gate.io, the "Defendants" and, together with the FTX Recovery Trust, the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

"Parties"), by and through their respective undersigned counsel, enter into this *Second Stipulation for an Extension of Time for Defendants to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.      On November 1, 2024, then-Plaintiff Alameda Research Ltd. initiated the above-captioned adversary proceeding by filing the *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542, for Violations of the Automatic Stay Pursuant to 11 U.S.C. § 362, and Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint").

2.      On November 21, 2024, the Defendants were served a *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 3].  All Defendants have agreed to accept service of the Complaint and waive their objections, if any, to service of process.

3.      On January 27, 2025, then-Plaintiff Alameda Research Ltd. and Defendants stipulated to extend the Defendants' time to respond to the Complaint until February 7, 2025. [Adv. D.I. 5, 6].

4.      On February 14, 2025, the FTX Recovery Trust was substituted for Alameda Research Ltd. as the Plaintiff in this case.  [Adv. D.I. 8].

5.      The Parties have conferred regarding an agreement to further extend the Defendants' time to respond to the Complaint.

6.      The Defendants' deadline to respond to the Complaint shall be extended through March 31, 2025.

7.      This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

8.      Except for defenses relating to service of process, the Defendants reserve all rights, claims, counterclaims and defenses.

Dated:  March 20, 2025

**LANDIS RATH & COBB LLP**

*/s/ Howard W. Robertson, IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
E-mail: landis@lrclaw.com
        cobb@lrclaw.com
        mcguire@lrclaw.com
        robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
        gluecksteinb@sullcrom.com
        decampj@sullcrom.com
        dunnec@sullcrom.com
        crokej@sullcrom.com

*Counsel to Plaintiff*

**ROPES & GRAY LLP**

*/s/ Chris L. Dickerson*
Chris L. Dickerson
191 North Wacker Drive, 32nd Floor
Chicago, IL  60606
Telephone: (312) 845-1264
E-mail: Chris.Dickerson@ropesgray.com

*Counsel to the Defendants*