**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>　　　　　Plaintiff,<br><br>　　- against –<br><br>GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI,<br><br>　　　　Defendants. | Adv. Pro. No. 24-50184 (KBO) |
| FTX RECOVERY TRUST,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>　　　　Defendants. | Adv. Pro. No. 24-50188 (KBO) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

FTX RECOVERY TRUST,

                Plaintiffs,

                - against -

AMERICAN ACTION NETWORK, INC.,

                Defendant.

Adv. Pro. No. 24-50189 (KBO)

---

FTX RECOVERY TRUST,

                Plaintiffs,

                - against -

AMERICAN PROSPERITY ALLIANCE,

                Defendant.

Adv. Pro. No. 24-50190 (KBO)

---

FTX RECOVERY TRUST,

                Plaintiffs,

                - against –

AMERICAN VALUES COALITION, INC.,

                Defendant.

Adv. Pro. No. 24-50191 (KBO)

---

FTX RECOVERY TRUST,

                Plaintiffs,

                - against -

CONGRESSIONAL LEADERSHIP FUND,

                Defendant.

Adv. Pro. No. 24-50193 (KBO)

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>        Plaintiffs,<br><br>        - against -<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>        Defendant. | Adv. Pro. No. 24-50197 (KBO) |
| FTX RECOVERY TRUST,<br><br>        Plaintiffs,<br><br>        - against -<br><br>NEW YORK SOLIDARITY NETWORK,<br><br>        Defendant. | Adv. Pro. No. 24-50199 (KBO) |
| FTX RECOVERY TRUST,<br><br>        Plaintiffs,<br><br>        - against -<br><br>ONE NATION, INC.,<br><br>        Defendant. | Adv. Pro. No. 24-50200 (KBO) |
| FTX RECOVERY TRUST,<br><br>        Plaintiffs,<br><br>        - against -<br><br>PROSPERITY ALLIANCE, INC.,<br><br>        Defendant. | Adv. Pro. No. 24-50201 (KBO) |

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>    - against –<br><br>SENATE LEADERSHIP FUND,<br><br>    Defendant. | Adv. Pro. No. 24-50202 (KBO) |
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>    - against -<br><br>VOTO LATINO INC.,<br><br>    Defendant. | Adv. Pro. No. 24-50203 (KBO) |
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>    - against -<br><br>WORKING AMERICA,<br><br>    Defendant. | Adv. Pro. No. 24-50204 (KBO) |
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>    - against -<br><br>SECUREBIO, INC. dba SECUREBIO,<br><br>    Defendant. | Adv. Pro. No. 24-50211 (KBO) |

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>Plaintiffs,<br><br>- against –<br><br>THE GOODLY INSTITUTE dba GOODLY LABS,<br><br>Defendant. | Adv. Pro. No. 24-50212 (KBO) |
| FTX RECOVERY TRUST,<br><br>Plaintiffs,<br><br>- against -<br><br>SPARTZ PHILANTHROPIES, dba RETHINK CHARITY and NONLINEAR,<br><br>Defendant. | Adv. Pro. No. 24-50213 (KBO) |
| FTX RECOVERY TRUST,<br><br>Plaintiffs,<br><br>- against –<br><br>MANIFOLD MARKETS, INC,<br><br>Defendant. | Adv. Pro. No. 24-50214 (KBO) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, | Adv. Pro. No. 24-50222 (KBO) |

SAMUEL WENJUN LIM, and DOES 1-1000

                    Defendants.

FTX RECOVERY TRUST,                                          Adv. Pro. No. 25-50635 (KBO)

                    Plaintiff,

                    - against -

KUROSEMI INC.,

                    Defendant.

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 18, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**, (2) via email on the Ad Hoc Service List attached hereto as **Exhibit B**, Additional Notice Parties Service List attached hereto **Exhibit C**, Adversary Service List attached hereto as **Exhibit D**, Capital Notice Parties Service List attached hereto as **Exhibit E**, Restricted Jurisdiction Motion Service List attached hereto as **Exhibit F**, D1 Ventures LTD., Pachulski Stang Ziehl & Jones LLP at Tkapur@Pszjlaw.Com, Jrosell@Pszjlaw.Com and Crobinson@Pszjlaw.Com and Counsel to Seth Melamed at Dadler@Mccarter.Com and Shumiston@Mccarter.Com:

- Notice of Agenda for Hearing Scheduled for July 22, 2025 at 9:30 a.m. (ET), before the Honorable Karen B. Owens, Chief Judge at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 [Docket No. 31514]

*[Remainder of page intentionally left blank]*

Dated: August 7, 2025

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 7, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 90176

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO IL 60606-2833 | KKANSA@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O'FARRELL<br>ONE MARINA PARK DRIVE<br>SUITE 1530<br>BOSTON MA 02210 | LOFARRELL@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801 | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG<br>221 W. 10TH STREET<br>3RD FLOOR<br>WILMINGTON DE 19801 | GSTRONG@CAHILL.COM | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ.<br>800 N. KING STREET<br>SUITE 202<br>WILMINGTON DE 19801 | PHUGHES@DILWORTHLAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CHRIS.HARRIS@LW.COM,<br>ADAM.GOLDBERG@LW.COM,<br>NACIF.TAOUSSE@LW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES CA 90071 | TIFFANY.IKEDA@LW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM,<br>GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ.<br>1845 WALNUT STREET<br>SUITE 806<br>PHILADELPHIA PA 19103 | AJBERIN@MILLERSHAH.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ.<br>65 MAIN STREET<br>CHESTER CT 06412 | JEMILLER@MILLERSHAH.COM | Email |
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE "PARTIES") | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA<br>1105 NORTH MARKET STREET<br>15TH FLOOR<br>WILMINGTON DE 19801 | SROSCA@MMWR.COM<br>RDONALDSON@MMWR.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE<br>824 NORTH MARKET STREET, SUITE 800<br>WILMINGTON DE 19801 | JWEISS@PASHMANSTEIN.COM,<br>JBARSALONA@PASHMANSTEIN.COM,<br>AGAMBALE@PASHMANSTEIN.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ.<br>2005 MARKET STREET<br>SUITE 2600<br>PHILADELPHIA PA 19103 | DPEREIRA@STRADLEY.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE<br>125 BROAD STREET<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM<br>HOLLEYS@SULLCROM.COM<br>EHRENBERGS@SULLCROM.COM<br>DUNNEC@SULLCROM.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC ("INTERESTED PARTIES") | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL 4845 PEARL EAST CIRCLE, SUITE 101 BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM SAMANTHA@DALEYLAWYERS.COM | Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE 600 MASSACHUSETTS AVENUE, NW WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN 1201 N. MARKET STREET SUITE 1400 WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER 151 WEST 42ND STREET NEW YORK NY 10036 | JSSABIN@VENABLE.COM, CWEINERLEVY@VENABLE.COM | Email |

**Exhibit B**

Exhibit B
Ad Hoc Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM; SARAHPAUL@EVERSHEDS-SUTHERLAND.COM; PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM; LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY | MHARVEY@MORRISNICHOLS.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: DANIEL A. O'BRIEN | DAOBRIEN@VENABLE.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | JSSABIN@VENABLE.COM; XSSTROHBEHN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; AAPELED@VENABLE.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |

**Exhibit C**

Exhibit C

Additional Notice Parties Service List

Served via Email

| NAME | EMAILS |
|------|--------|
| Faith Turker Arguc | turker@arguc.com |
| Jonathan Perez | jonathanramirez339@yahoo.com |
| Limarov Vladyslav | 666tathagata@gmail.com |
| Tony Nguyen | Tn60777@gmail.com |
| Woohyun Kang | lucky17smile@gmail.com |

**Exhibit D**

Exhibit D
Adversary Service List
Served via Email

| ADV. PRO. NO. | DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|---|
| 24-50203 | COUNSEL TO DEFENDANT | BAKER & HOSTETLER LLP | ATTN: JEFFREY LYONS; KEITH R. PURPHY; FERNANDO BOHORQUEZ | JJLYONS@BAKERLAW.COM; KMURPHY@BAKERLAW.COM; FBOHORQUEZ@BAKERLAW.COM |
| 24-50197 | Counsel to Defendants | Baker, Donelson, Bearman, Caldwell & Ber | Attn: Tonya Kelly Cronin | tykelly@bakerdonelson.com |
| 24-50191 | Counsel to Defendant American Values Coalition, Inc. | BROWNSTEIN HYATT FARBER SCHRECK, LLP | Attn: Michael J. Pankow | mpankow@bhfs.com |
| 24-50222 | Counsel to Defendants | CAHILL GORDON & REINDEL LLP | Attn: Gregory Strong | GStrong@cahill.com |
| 24-50222 | Counsel to Defendants | CAHILL GORDON & REINDEL LLP | Attn: Samson A. Enzer, Herbert S. Washer, Edward N. Moss, Joel H. Levitin, Gregory Mortenson | SEnzer@cahill.com; HWasher@cahill.com; EMoss@cahill.com; JLevitin@cahill.com; GMortenson@cahill.com |
| 24-50204 | COUNSEL TO DEFENDANT | DLA Piper LLP (US) | Attn: Rachel E. Albanese | rachel.albanese@us.dlapiper.com |
| 24-50204 | COUNSEL TO DEFENDANT | DLA Piper LLP (US) | Attn: Matthew Steven Sarna | matthew.sarna@us.dlapiper.com |
| 24-50197 | Counsel to Defendants | FAEGRE DRINKER BIDDLE & REATH LLP | Attn: Brett D. Fallon | brett.fallon@faegredrinker.com |
| 24-50201 | Counsel to Defendants | Ferry Joseph, PA | Attn: Rick S. Miller | rmiller@ferryjoseph.com |
| 24-50214 | COUNSEL TO DEFENDANT | GOETZ FITZPATRICK LLP | Attn: Scott D. Simon | ssimon@goetzfitz.com |
| 24-50189 | COUNSEL TO DEFENDANT | JONES DAY | ATTN: Daniel T Moss, David S. Torborg, Megan Newton, Ryan Sims | dtmoss@jonesday.com; dstorborg@jonesday.com; msowardsnewton@jonesday.com; rsims@jonesday.com |
| 24-50188 | COUNSEL TO DEFENDANT | K&L GATES LLP | Attn: Robert Honeywell | Robert.Honeywell@klgates.com |
| 24-50188 | COUNSEL TO DEFENDANT | K&L GATES LLP | Attn: Emily Steele | Emily.Steele@klgates.com |
| 24-50213 | Counsel to Defendant Spartz Philanthropies | McCARTER & ENGLISH, LLP | Attn: Kate R. Buck | kbuck@mccarter.com |
| 24-50222 | Counsel to Defendants | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. | Attn: Karen R. King, Peter Menz | kking@maglaw.com; pmenz@maglaw.com |
| 24-50193 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Dylan Trache | dylan.trache@nelsonmullins.com |
| 24-50193 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Adam Herring | adam.herring@nelsonmullins.com |
| 24-50200 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Dylan Trache | dylan.trache@nelsonmullins.com |
| 24-50200 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Adam Herring | adam.herring@nelsonmullins.com |
| 24-50202 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Dylan Trache | dylan.trache@nelsonmullins.com |
| 24-50202 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Adam Herring | adam.herring@nelsonmullins.com |
| 24-50212 | Counsel to Defendant SecureBio, Inc. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: Daniel A. Mason, William A. Clareman, Vida J. Robinson | dmason@paulweiss.com; wclareman@paulweiss.com; virobinson@paulweiss.com |
| 25-50635 | Counsel to KUROSEMI INC. | POTTER ANDERSON | Attn: R. Mcneill | RMCNEILL@POTTERANDERSON.COM |

Exhibit D
Adversary Service List
Served via Email

| ADV. PRO. NO. | DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|---|
| 24-50189 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon | ATTN: Jeremy Ryan, James R. Risener, III., Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| 24-50190 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon LLP | ATTN: James R. Risener, III., Jeremy W. Ryan, Ethan H. Sulik | jrisener@potteranderson.com; jryan@potteranderson.com; esulik@potteranderson.com |
| 24-50193 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon LLP | ATTN: Jeremy Ryan, James R. Risener, III., Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| 24-50200 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon LLP | ATTN: Jeremy Ryan, James R. Risener, III., Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| 24-50202 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon LLP | ATTN: Jeremy Ryan, James R. Risener, III., Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| 24-50184 | COUNSEL TO DEFENDANT | ROPES & GRAY LLP | CHRIS L. DICKERSON | CHRIS.DICKERSON@ROPESGRAY.COM |
| 24-50199 | Counsel to Defendant New York Solidarity Network | STARK & STARK, P.C. | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| 24-50211 | Counsel to Defendant SecureBio, Inc. | SULLIVAN HAZELTINE ALLINSON LLC | Attn: William D. Sullivan | bsullivan@sha-llc.com |
| 24-50190 | COUNSEL TO DEFENDANT | WILEY REIN LLP | ATTN: Caleb P Burns, Rebecca L. Saitta | cburns@wiley.law; rsaitta@wiley.law |
| 24-50201 | Counsel to Defendants | Zeiger, Tigges & Little LLP | Attn: Marion Little | little@litohio.com |

**Exhibit E**

## Exhibit E
Capital Notice Parties Service List
Served via Email

| NAME | EMAIL |
|------|-------|
| DILWORTH PAXSON LLP | phughes@dilworthlaw.com |
| MILLER SHAH LLP | jemiller@millershah.com; ajberin@millershah.com |

**Exhibit F**

**Due to the confidential nature of the Debtors' records, the Restricted Jurisdiction Motion Service List has been redacted. The Restricted Jurisdiction Motion Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.**